**Hearing Date and Time: November 17, 2015 at 11:00 a.m.**
**Opposition Deadline: November 10, 2015**
**Reply Deadline: November 14, 2015**

Casey B. Howard
Samantha Ingram
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281
(212) 415-8600
choward@lockelord.com
singram@lockelord.com
*Attorneys for Defendants Citibank, N.A. and*
*The Student Loan Corporation*

**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lesley Campbell, | Case No. 14-45990 (CEC) |
| Plaintiff, | Chapter 7 |
| v. | Adv. Pro. No. 15-01038 (CEC) |
| Citibank, N.A.; The Student Loan Corporation; Square Two Financial, Inc.; CACH, LLC; and First Step Group, LLC, | |
| Defendants. | |

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, and the Declaration of Robert Carson in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, dated October 2, 2015, Defendants Citibank, N.A. and The Student Loan Corporation ("Defendants"), will hereby move this Court on November 17, 2015 at 11:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Carla E. Craig, Chief United States Bankruptcy

1

Judge, at the United States Bankruptcy Court for the Eastern District of New York, 270-C Cadman Plaza East, Brooklyn, New York 11201, pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012, to dismiss Plaintiff's Amended Complaint in its entirety and for such other and further relief as deemed just and proper by this Court.

Any opposition papers to this motion are due to be filed via ECF and served no later than November 10, 2015. Any reply papers in support of this motion are due to be filed via ECF and served no later than November 14, 2015.

Dated: New York, New York
October 5, 2015

/s/ Casey B. Howard
Casey B. Howard
Samantha Ingram
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281
(212) 415-8600
choward@lockelord.com
singram@lockelord.com
*Attorneys for Defendants Citibank, N.A. and The Student Loan Corporation*

3

## CERTIFICATE OF SERVICE

I, SAMANTHA INGRAM, an attorney, hereby certify that on this 5th day of October, 2015, a true and correct copy of the foregoing *Notice of Motion to Dismiss Plaintiff's Amended Complaint* was served via ECF upon all parties registered to receive service via ECF in this case.

>*/s/ Samantha Ingram*
>Samantha Ingram