EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re                                                                          Case No. 14-45990-CEC

Lesley Campbell

a/k/a Lesley Paige Campbell                                    Chapter 7

a/k/a Lesley P Campbell

                                 Debtor.

---------------------------------------------------------x

Lesley Campbell,

                      Plaintiff

                                             Adv. Pro. No. 15-01038-CEC

                 - against -

Citibank, N.A.; The Student Loan

Corporation; Two Square Financial, Inc.;

CACH, LLC; and First Step Group, LLC,

                      Defendants.

---------------------------------------------------------x

## ORDER

**WHEREAS**, on March 9, 2015, Lesley Campbell ("Plaintiff") filed a complaint (ECF

Doc. No. 1) initiating this adversary proceeding; and

**WHEREAS**, on August 20, 2015 Plaintiff filed an amended complaint (ECF Doc. No. 9)

("Amended Complaint"); and

**WHEREAS**, on October 5, 2015 defendants Citibank, N.A. and The Student Loan

Corporation ("Moving Defendants") filed a motion to dismiss this adversary proceeding with

respect to the Moving Defendants; and

**WHEREAS**, a hearing was held on November 17, 2015; and

**WHEREAS**, after due consideration and good cause appearing, and for the reasons

explained in the Decision dated March 24, 2016;

     **NOW THEREFORE IT IS HEREBY**;

     **ORDERED,** that the Moving Defendants' motion to dismiss counts one and two of the

Amended Complaint is denied; and it is further

      **ORDERED,** that the Moving Defendants' motion to dismiss counts four, six, and seven

of the Amended Complaint is granted, and those counts are dismissed.



**Dated: Brooklyn, New York**
**March 24, 2016**

        **Carla E. Craig**
**United States Bankruptcy Judge**