**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Lesley Campbell<br><br>　　　　　　　　　　　Debtors<br><br>---------------------------------------------------------<br><br>Lesley Campbell,<br>　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>Citibank, N.A.; The Student Loan Corporation; Square Two Financial, Inc.; CACH, LLC; and First Step Group, LLC,<br><br>　　　　　　　　　　　Defendants. | Case No. 14-45990 (CEC)<br>Chapter 7<br><br><br>Adv. Pro. No. 15-01038 (CEC) |

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS CITIBANK, N.A. AND THE STUDENT LOAN CORPORATION**

**WHEREAS**, on August 20, 2015, Plaintiff Lesley Campbell filed her first amended complaint against, inter alia, defendants Citibank, N.A. and The Student Loan Corporation [Dkt. No. 9] (the "Amended Complaint"); and

**WHEREAS**, on October 5, 2015, Defendants Citibank, N.A. and The Student Loan Corporation filed a motion to dismiss the Amended Complaint [Dkt. No. 18] (the "Motion to Dismiss"); and

**WHEREAS**, on March 24, 2016, the Court issued an order granting the Motion to Dismiss, in part, and dismissing Counts Four, Six, and Seven of the Amended Complaint [Dkt. No. 39] (the "Dismissal Order"); and

**WHEREAS**, the Dismissal Order did not dismiss Counts One and Two of the Amended Complaint with respect to Defendants Citibank, N.A. and The Student Loan Corporation; and

1

**WHEREAS**, Plaintiff Lesley Campbell has determined that she will not pursue Counts One and Two of the Amended Complaint against Defendants Citibank, N.A. and The Student Loan Corporation because neither Defendant holds a current interest in the loan at issue;

**AND NOW, IT IS, THEREFOR,**

**STIPULATED AND AGREED**, by and between the undersigned counsel, that, with respect to Defendants Citibank, N.A. and The Student Loan Corporation, Counts One and Two of the Amended Complaint are voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), made applicable by Federal Rule of Bankruptcy Procedure 7041;

**STIPULATED AND AGREED**, by and between the undersigned counsel, that this dismissal shall be without prejudice and have no preclusive effect on Plaintiff's right and ability to prosecute its remaining claims against CACH, LLC, or its principals or agents, as assignee of Defendant Citibank, N.A.; and it is further

**STIPULATED AND AGREED**, by and between the undersigned counsel, that Defendants Citibank, N.A. and The Student Loan Corporation are hereby dismissed from the above-captioned adversary proceeding in its entirety without prejudice.

Dated: New York, New York
      May 27, 2016

| | |
|---|---|
| */s/ Austin C. Smith* | */s/ Casey B. Howard* |
| William A. Brewer III | Casey B. Howard |
| Austin C. Smith | Samantha Ingram |
| BREWER STOREFRONT, PLLC | LOCKE LORD LLP |
| 750 Lexington Ave, 14th Fl. | Three World Financial Center |
| New York, New York 10022 | New York, New York 10281 |
| (212) 489-1400 | (212) 415-8600 |
| wab@brewerattorneys.com | choward@lockelord.com |
| aqs@brewerattorneys.com | singram@lockelord.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Citibank, N.A. and* |
| *Lesley Campbell* | *The Student Loan Corporation* |

**SO ORDERED:**



Dated: Brooklyn, New York
      May 31, 2016

_____
**Carla E. Craig**
**United States Bankruptcy Judge**