UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                              Chapter 7

Lesley Campbell                                                             Case No. 14-45990-cec
aka Lesley Paige Campbell
aka Lesley P Campbell,

                                Debtor.
-------------------------------------------------------------x

Lesley Campbell,                                                          Adv. Pro. No. 15-01038-cec

                                Plaintiff,

      v.

Square Two Financial, Inc.,
CACH, LLC, and
First Step Group, LLC,

                                Defendants.
-------------------------------------------------------------x

## ORDER SEVERING DEFENDANT FIRST STEP GROUP, LLC

**UPON** the motion, filed on March 30, 2017, by Austin C Smith on behalf of Lesley Campbell seeking to sever Defendant First Step Group, LLC from this adversary proceeding; it is hereby

**ORDERED**, that Defendant First Step Group, LLC is severed from this adversary proceeding.



**Dated: Brooklyn, New York**
       **June 20, 2017**

                                                       **Carla E. Craig**
                                             **United States Bankruptcy Judge**