IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
In re:

Lesley Campbell
aka Lesley Paige Campbell
aka Lesley P Campbell

Chapter 7

Case No. 14-45990-cec

---------------------------------------------------------X
LESLEY CAMPBELL,

              Plaintiff,

v.

SQUARE TWO FINANCIAL, INC.; CACH,
LLC; AND FIRST STEP GROUP, LLC,

              Defendants.

Adv. Pro. No. 1-17-01102-cec

---------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff Lesley Campbell and Defendant First Step Group, LLC, through their respective undersigned counsel, that the above-captioned action, insofar as it relates to Lesley Campbell's claims against First Step Group, LLC, shall be and is hereby dismissed with prejudice and on the merits and upon the terms identified in the Settlement Agreement and General Release and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Respectfully submitted,

        MOSS & BARNETT

Dated: July 27, 2018        By <u>/s/Michael T. Etmund</u>
        Michael T. Etmund, NY REG # 5168331
        150 South Fifth Street
        Suite 1200
        Minneapolis MN 55402-4129
        Telephone: (612) 877-5000

        SMITH LAW GROUP

Dated: July 27, 2018        By <u>/s/ Austin Smith</u>
        Austin Smith, Esq.
        3 Mitchell Place,
        Suite 5P
        New York, New York 10017
        Telephone: (800) 416-9046